■ EMILY CRUZ, Respondent, v PAMELA MEYER, Appellant, and GLENYS FELIZ et al., Respondents. [719 NYS2d 569] —Order,

Supreme Court, Bronx County (George Friedman, J.), entered on or about December 22, 1999, which denied defendant-appellant's motion for summary judgment dismissing the complaint as against her, unanimously affirmed, without costs.

The deposition testimony raises issues of fact as to whether appellant came to a sudden stop behind plaintiff's car and could have avoided the accident by, *inter alia*, slowing down more gradually. Concur—Rosenberger, J. P., Tom, Ellerin, Rubin and Buckley, JJ.